THIS OPINION HAS NO PRECEDENTIAL VALUE

THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
 In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Lawrence Crawford, Appellant.
 
 
 

Appeal From Kershaw County
Reginald I. Lloyd, Circuit Court Judge

Unpublished Opinion No. 2007-UP-545
Submitted October 1, 2007  Filed December
11, 2007

APPEAL DISMISSED

 
 
 
 Cheife Attorney Joseph L. Savitz, III, South Carolina Commission,
 of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka,
 Office of the Attorney General, of Columbia; and Solicitor Warren B. Giese, of
 Columbia, for Respondent.
 
 
 

PER CURIAM:  Lawrence Crawford was convicted of murder and sentenced to life imprisonment without the
 possibility of parole.  Pursuant to Anders v. California, 386 U.S. 738
 (1967), appellants counsel attached a petition to be relieved.  
After review of the
 record pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss this appeal
 and grant counsels petition to be relieved.[1]
APPEAL
 DISMISSED.   
HEARN, C.J., HUFF,
 and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.